# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| DAVID L. McKNIGHT | § | |
| | § | Case Number: 16-81897 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __March 1st__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jeffry A Dahlberg
5130 North Second Street
Loves Park, IL 61111-5222

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

David L McKnight
2710 North Robinson
Beloit, WI 53511

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX 76006-1347

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

AFNI
P.O. Box 3068
Bloomington, IL 61702-3068

Ally Financial
P.O. Box 130424
Saint Paul, MN 55113-0004

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Ascension Capital Group
1212 Corporate Drive, Suite 400
Irving, TX 75038-2502

Associated Bank
1305 Main Street
Stevens Point, WI 54481-2898

Capital One Auto Finance,
Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006-1347

Cach LLC
4340 S Monaco
Denver, CO 80237-3581

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848

Capital One Auto Finance, a division of Capi
P.O. Box 201347
Arlington, TX 76006-1347

Capital One Bank
c/o Blitt & Gaines PC
661 Glenn Ave
Wheeling, IL 60090-6017

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Creditors protection service
308 W State St Suite 485
POB 4115
Rockford, IL 61110-0615

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Harley-Davidson Credit Corp
P.O. Box 22048
Carson City, NV 89721-2048

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Synchrony Bank
c/o Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Wisconsin Department of Revenue
P.O. Box 8903
Madison, WI 53708-8903
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mercy Health System
1000 Mineral Point Ave
Janesville, WI 53548-2940

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Midland Funding LLC
c/o Kevin W. Mortell
1821 Walden Office Sq Ste 400
Schaumburg, IL 60173-4273

Midland Funding, LLC
P.O. Box 939069
San Diego, CA 92193-9069

Pinnacle Credit Services
P.O. Box 640
Hopkins, MN 55343-0640

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251