# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCKNIGHT, DAVID L.                    § Case No. 16-81897
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $14,350.00                Assets Exempt: $21,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $30,926.96   Claims Discharged
                                              Without Payment: $150,650.54

Total Expenses of Administration: $16,073.04

---

3) Total gross receipts of $ 62,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $47,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $39,735.88 | $24,673.80 | $24,673.80 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,073.04 | 16,073.04 | 16,073.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,224.40 | 6,224.40 | 6,224.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 150,679.30 | 150,679.30 | 28.76 |
| **TOTAL DISBURSEMENTS** | $0.00 | $212,712.62 | $197,650.54 | $47,000.00 |

4) This case was originally filed under Chapter 7 on August 10, 2016. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2017          By: /s/JOSEPH D. OLSEN
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5981 Chestnut Street, Roscoe, IL 61073-0000, Win | 1110-000 | 62,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$62,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David L McKnight | Real estate sale | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Capital One Auto Finance, | 4110-000 | N/A | 15,062.08 | 0.00 | 0.00 |
|  | Associated Bank | 4110-000 | N/A | 24,673.80 | 24,673.80 | 24,673.80 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$39,735.88** | **$24,673.80** | **$24,673.80** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Joseph D Olsen | 2100-000 | N/A | 5,450.00 | 5,450.00 | 5,450.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 95.16 | 95.16 | 95.16 |
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 1,638.00 | 1,638.00 | 1,638.00 |
| Other - Title Underwriters | 2820-000 | N/A | 3,295.78 | 3,295.78 | 3,295.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Title Underwriters | 2820-000 | N/A | 180.10 | 180.10 | 180.10 |
| Other - Title Underwriters | 2500-000 | N/A | 142.50 | 142.50 | 142.50 |
| Other - Title Underwriters | 2500-000 | N/A | 403.00 | 403.00 | 403.00 |
| Other - Title Underwriters | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Title Underwriters | 2500-000 | N/A | 37.50 | 37.50 | 37.50 |
| Other - Title Underwriters | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Other - Title Underwriters | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Title Underwriters | 3510-000 | N/A | 4,340.00 | 4,340.00 | 4,340.00 |
| Other - Title Underwriters | 2820-000 | N/A | 31.00 | 31.00 | 31.00 |
| Other - Title Underwriters | 2820-000 | N/A | 62.00 | 62.00 | 62.00 |
| Other - Green Earth Consulting | 2420-000 | N/A | 185.00 | 185.00 | 185.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,073.04 | $16,073.04 | $16,073.04 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 6,224.40 | 6,224.40 | 6,224.40 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,224.40 | $6,224.40 | $6,224.40 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | MERRICK BANK | 7100-000 | N/A | 1,825.42 | 1,825.42 | 0.36 |
| 3U | Internal Revenue Service | 7100-000 | N/A | 115,633.90 | 115,633.90 | 22.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Ally Financial | 7100-000 | N/A | 15,259.50 | 15,259.50 | 2.91 |
| 6 | Synchrony Bank | 7100-000 | N/A | 60.11 | 60.11 | 0.01 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 492.81 | 492.81 | 0.09 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,454.33 | 3,454.33 | 0.66 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,692.91 | 1,692.91 | 0.32 |
| 10 | OneMain | 7100-000 | N/A | 12,260.32 | 12,260.32 | 2.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $150,679.30 | $150,679.30 | $28.76 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81897
**Case Name:** MCKNIGHT, DAVID L.

**Period Ending:** 05/10/17

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 08/10/16 (f)
**§341(a) Meeting Date:** 09/22/16
**Claims Bar Date:** 01/18/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5981 Chestnut Street, Roscoe, IL 61073-0000, Win | 103,299.00 | 73,000.00 | | 62,000.00 | FA |
| 2 | Checking: Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Credit Union Savings: First Community Credit Uni | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | 2 TV's 1 Cell Phone | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and personal items | 400.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding rings | 50.00 | 0.00 | | 0.00 | FA |
| 9 | 401 (k): Interest in Paperchine | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2015 Ford Focus, 27,900 miles. Entire property v | 10,675.00 | 0.00 | | 0.00 | FA |
| 11 | 1997 GMC Sonoma, 148,000 miles. Entire property | 500.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$117,649.00** | **$73,000.00** | | **$62,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The only asset the Trustee is administering is the Debtor's home on Chestnut Street in Roscoe, Illinois. The real estate broker has been engaged and the property is being actively listed for sale. The contract of purchase and sale has been received by the Trustee and has been noticed out to the Court for approval. Closing is to be made in the first month of 2017 the file should have a Final Report on file by June 30, 2017

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017
**Current Projected Date Of Final Report (TFR):**   February 7, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-81897  
**Case Name:** MCKNIGHT, DAVID L.  
**Taxpayer ID #:** **-***8975  
**Period Ending:** 05/10/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/20/17 | | Title Underwriters | SALES PROCEEDS - REAL PROPERTY | | | 28,446.32 | | 28,446.32 |
| | {1} | | Sale price | 62,000.00 | 1110-000 | | | 28,446.32 |
| | | | 2016 County taxes | -3,295.78 | 2820-000 | | | 28,446.32 |
| | | | 2017 County taxes<br>(01/01/17-01/21/17) | -180.10 | 2820-000 | | | 28,446.32 |
| | | | Closing fee | -142.50 | 2500-000 | | | 28,446.32 |
| | | | Owner's Title Insurance | -403.00 | 2500-000 | | | 28,446.32 |
| | | | Closing Protection Letter | -50.00 | 2500-000 | | | 28,446.32 |
| | | | Copy Fee | -37.50 | 2500-000 | | | 28,446.32 |
| | | | IL DFI Policy Fee | -3.00 | 2500-000 | | | 28,446.32 |
| | | | Title search fee | -150.00 | 2500-000 | | | 28,446.32 |
| | | | Keller Williams Realty | -4,340.00 | 3510-000 | | | 28,446.32 |
| | | | County Revenue Stamp | -31.00 | 2820-000 | | | 28,446.32 |
| | | | State Revenue Stamp | -62.00 | 2820-000 | | | 28,446.32 |
| | | Associated Bank | First mortgage payoff | -24,673.80 | 4110-000 | | | 28,446.32 |
| | | Green Earth Consulting | Well/Septic Inspection | -185.00 | 2420-000 | | | 28,446.32 |
| 01/30/17 | 101 | David L McKnight | Real estate sale | | 8100-002 | | 15,000.00 | 13,446.32 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 13,436.32 |
| 03/28/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $95.16, Trustee Expenses;  Reference: | | 2200-000 | | 95.16 | 13,341.16 |
| 03/28/17 | 103 | Joseph D Olsen | Dividend paid 100.00% on $5,450.00, Trustee Compensation;  Reference: | | 2100-000 | | 5,450.00 | 7,891.16 |
| 03/28/17 | 104 | Joseph D Olsen | Dividend paid 100.00% on $1,638.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 1,638.00 | 6,253.16 |
| 03/28/17 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | | 6.69 | 6,246.47 |
| | | | Dividend paid  0.01% on<br>$1,825.42;  Claim# 2;<br>Filed: $1,825.42 | 0.36 | 7100-000 | | | 6,246.47 |
| | | | Dividend paid  0.01% on<br>$15,259.50;  Claim# 5;<br>Filed: $15,259.50 | 2.91 | 7100-000 | | | 6,246.47 |
| | | | Dividend paid  0.01% on<br>$60.11;  Claim# 6; Filed:<br>$60.11 | 0.01 | 7100-000 | | | 6,246.47 |
| | | | Dividend paid  0.01% on<br>$492.81;  Claim# 7;<br>Filed: $492.81 | 0.09 | 7100-000 | | | 6,246.47 |
| | | | Dividend paid  0.01% on | 2.34 | 7100-000 | | | 6,246.47 |

Subtotals :   $28,446.32   $22,199.85

{} Asset reference(s)

Printed: 05/10/2017 12:42 PM   V.13.30

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-81897  
**Case Name:** MCKNIGHT, DAVID L.  
**Taxpayer ID #:** **-***8975  
**Period Ending:** 05/10/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $12,260.32; Claim# 10; Filed: $12,260.32 | | | | |
| | | | Dividend paid 0.01% on $3454.33   0.66 | 7100-000 | | | 6,246.47 |
| | | | Dividend paid 0.01% on $1692.91   0.32 | 7100-000 | | | 6,246.47 |
| 03/28/17 | 106 | Capital One Bank (USA), N.A. | Combined Check for Claims#8,9  Should go to the Clerk not Capital One  Voided on 03/28/17 | 7100-004 | | 0.98 | 6,245.49 |
| 03/28/17 | 106 | Capital One Bank (USA), N.A. | Combined Check for Claims#8,9  Should go to the Clerk not Capital One  Voided: check issued on 03/28/17 | 7100-004 | | -0.98 | 6,246.47 |
| 03/28/17 | 107 | Internal Revenue Service | Combined Check for Claims#3U,3P | | | 6,246.47 | 0.00 |
| | | | Dividend paid  0.01% on   22.07 $115,633.90; Claim# 3U; Filed: $115,633.90 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   6,224.40 on $6,224.40; Claim# 3P; Filed: $6,224.40 | 5800-000 | | | 0.00 |
| 03/28/17 | 108 | US Bankruptcy Court | Combined Check for Claims#8,9 Re-issued Voided on 03/28/17 | 7100-004 | | 0.98 | -0.98 |
| 03/28/17 | 108 | US Bankruptcy Court | Combined Check for Claims#8,9 Re-issued Voided: check issued on 03/28/17 | 7100-004 | | -0.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 28,446.32 | 28,446.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 28,446.32 | 28,446.32 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$28,446.32** | **$13,446.32** | |

| | |
|---|---|
| Net Receipts : | 28,446.32 |
| Plus Gross Adjustments : | 33,553.68 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $47,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2666 | 28,446.32 | 13,446.32 | 0.00 |
| | $28,446.32 | $13,446.32 | $0.00 |

{} Asset reference(s)